*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
FILED
FEB 28 2020
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. B-20-MJ-261 |
| 1  Eva GOMEZ-Salazar | ) | |
| 2  Devany CLEMENTE | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __February 27, 2020__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __21__ U.S.C. § __841 and 846__,

an offense described as follows:
Knowingly and intentionally possess with the intent to distribute approximately 6.5 kilograms kilograms of methamphetamine, a Schedule II, Title II, of the Controlled Substance Act. Furthermore, the defendant did knowingly and intentionally conspire and agree with persons known and unknown to unlawfully possess with intent to distribute approximately 6.5 kilograms kilograms of methamphetamine, a Schedule II, Title II, of the Controlled Substance Act.

This criminal complaint is based on these facts:
On February 27, 2020, Devany CLEMENTE, driver, and Eva GOMEZ-Salazar, passenger, attempted passage through the Falfurrias United States Border Patrol Checkpoint in a blue Honda Civic. At primary inspection, CLEMENTE and GOMEZ were referred for secondary inspection. In secondary inspection, six bundles of a substance that field tested positive for the properties of methamphetamine and weighed 6.5 kilograms were discovered in the gas tank of the blue Honda Civic. During a post Miranda warnings interview, CLEMENTE and GOMEZ both stated they had been present while the suspected methamphetamine was loaded onto the blue Honda Civic at a residence in San Benito, Texas. CLEMENTE and GOMEZ stated once they delivered the six bundles of suspected methamphetamine to Houston they were each going to be paid a portion of a payment of $5000.00 United States Dollars for their efforts.

☐ Continued on the attached sheet.

*Complainant's signature*
Andres Contreras, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 28, 2020

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya III, U.S. Magistrate Judge
*Printed name and title*